Submitted on briefs November 18, reversed November 29, 1976

D & B SUPPLY CO., *Petitioner,*

*v.*

EMPLOYMENT DIVISION et al, *Respondents.*

(76-AB-478, CA 6427)

556 P2d 148

Steven J. Joseph, La Grande, attorney for petitioner.

W. Michael Gillette, Solicitor General, and W. Benny Won, Assistant Attorney General, attorneys for respondent Employment Division.

No appearance for respondent Debbie C. Warnock.

Before Schwab, Chief Judge, and Fort and Tanzer, Judges.

PER CURIAM.

Reversed. *Stromberg v. Employment Div.,* 25 Or App 455, 549 P2d 686 (1976).